[No. 48225-4-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. COLE SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02681-8, Nicole MacInnes, J., entered February 6, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49009-5-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PARNELL BENNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06292-0, Douglass A. North, J., entered August 3, 2001. *Remanded* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 49357-4-I.   Division One.   June 2, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN O. GISVOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00411-0, David A. Nichols, J., entered September 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49360-4-I.   Division One.   June 2, 2003.]

KUMNUAN WATTANASATHIT, *Appellant*, v. BISHOP & LYNCH OF KING COUNTY, *as Trustee, Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-08449-8, Dean Scott Lum, J., entered September 18, 2001. *Remanded* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Agid, J.